# FIFTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

Case No. 5D2023-1083
LT Case No. 2020-CF-497

_____

COLT GRUBBS,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Hernando County.
Stephen E. Toner, Jr., Judge.

Jorge Leon Chalela, of Jorge Leon Chalela, P.A., Tampa, for
Appellant.

Ashley Moody, Attorney General, Tallahassee, and Whitney
Brown Hartless, Assistant Attorney General, Daytona Beach,
for Appellee.

July 2, 2024

PER CURIAM.

AFFIRMED.

EDWARDS, C.J., and PRATT and MAKAR, JJ., concur.

---

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

---